# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA  v.  HANS GADSON | CRIMINAL ACTION  NO. 18-249-8 |
|---|---|

## ORDER

**AND NOW** this 5th day of September, 2019. For the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that the Defendant's Motion to Suppress Evidence the contents of his cell phone, is **DENIED.**

BY THE COURT:

/s/ *Michael M. Baylson*

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\Criminal Cases\18cr249 US v West et al\18cr249 Gadson Order 09052019.docx